DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Strobel<br><br>Case below:<br>164 N.C. App. 310 | No. 311P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-566)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05 |
| State v. Warren<br><br>Case below:<br>Guilford County<br>Superior Court | No. 116A96-3 | Def's PWC to Review Superior Court of Guilford County | Denied 02/03/05<br><br>**Newby, J., Recused** |
| State v. Wilkerson<br><br>Case below:<br>167 N.C. App. 372 | No. 008P05 | Defendant's-Appellant's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1665) | Denied 02/03/05 |
| State v. Xanonh<br><br>Case below:<br>167 N.C. App. 373 | No. 020P05 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1583) | Denied 02/03/05 |
| Stephenson v. Bartlett<br><br>Case below:<br>Wake County<br>Superior Court | No. 094P02-4 | Plts' Motion to Allow Direct Appeal and Review | Denied 02/03/05<br><br>**Martin, J., Recused** |
| Stetser v. TAP Pharm. Prods., Inc.<br><br>Case below:<br>162 N.C. App. 518 | No. 142PA04 | 1. Plts' Amended Motion to Withhold Plaintiff Appellants' Brief from the Public (COA03-180)<br><br>2. Def's (Takada Chemical Industries, Ltd.) Motion to Seal Selected Portions of Plaintiff Appellant's Brief and Related Document | 1. Denied **01/18/05**<br><br>2. Allowed 02/03/05 |
| White v. Consolidated Planning, Inc.<br><br>Case below:<br>166 N.C. App. 283 | No. 579P04 | Def's (Consolidated Planning, Inc.) Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-483) | Denied 02/03/05 |

## PETITION TO REHEAR

| | | | |
|---|---|---|---|
| Young v. Great Am. Ins. Co. of New York<br><br>Case below:<br>359 N.C. 58 | No. 054A04 | Defs' (April S. Wortham, Ophelia Pechie and Shannon Steck Peele) Petition for Rehearing (COA02-1491) | Denied 02/03/05 |